UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RANDY DYKES and KERRI DELAND,

    Plaintiffs,

v.   Case No: 6:23-cv-1130-JSS-DCI

THE FIRST LIBERTY INSURANCE CORPORATION,

    Defendant.
_____/

## **ORDER**

The parties have filed a Joint Notice of Resolution contemplating that the case be dismissed with prejudice and the parties bear their own attorneys' fees and costs. (Dkt. 40.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). Rule 41(a)(1)(A)(ii) "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to s v. ign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Only Plaintiffs and Defendant have appeared in this lawsuit, and both parties signed the stipulation through their legal counsel. (Dkt. 40 at 2.) Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are met.

Accordingly:

1. This action is **DISMISSED with prejudice**.

2. The parties shall bear their own attorneys' fees and costs.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on December 2, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record